# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:06-cr-00210-LDG (LRL) |
| v. | **ORDER** |
| SHERRIE SHUTT, | |
| Defendant. | |

Sherrie Shutt has sent the court a letter requesting that the court remove the condition of her supervised release that she have no contact with Thomas Hunter (#1071). The government opposes the request (#1073). The Court has considered the arguments of the parties and finds that no just reason exists to modify or rescind the condition that Shutt have no contact with Hunter. Accordingly,

THE COURT **ORDERS** that Defendant Sherrie Shutt's Request to Modify the "No Contact" condition of her supervised release (#1071) is DENIED.

DATED this _3_ day of December, 2010.

_____
Lloyd D. George
United States District Judge