||  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEVADA |
| | * * * |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHERRIE SHUTT,<br><br>        Defendant. | 2:06-cr-00210-LDG-LRL<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing in this matter currently scheduled for April 13, 2011 at 9:00 a.m., be vacated and continued to :

Wednesday, May 11, 2011 at the hour of 1:00 p.m. in Courtroom 6B
Please note the court will NOT allow any further stipulations in this matter.

Dated this _18_ day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE