UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHERRIE SHUTT,

    Defendant.

2:06-cr-00210-LDG-LRL

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing in this matter currently scheduled for May 11, 2011 at 1:00 p.m., be vacated and advanced to: THURSDAY, 5/5/11 AT THE HOUR OF 11:00 am in LV courtroom 6B.

Dated this 3 day of May, 2011.

_____

UNITED STATES DISTRICT JUDGE