# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHERRIE SHUTT,

    Defendant.

Case No. 2:06-cr-00210-LDG (VCF)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendant Sherrie Shutt's Unopposed Motion to Modify a Condition of Supervised Release (## 1169, 1171) is GRANTED;

THE COURT FURTHER **ORDERS** that the Defendant's Condition of Supervised Release that she is to have no contact with Thomas Hunter is REMOVED.

DATED this _____ day of May, 2012.

_____
Lloyd D. George
United States District Judge